United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **GLYNDA MOORE ALLDREDGE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-03745** |
| | § | |
| **REVERSE MORTGAGE FUNDING,** | § | |
| **LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL

Came on for consideration the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Glynda Moore Alldredge ("Plaintiff") and Defendant Reverse Mortgage Funding, LLC ("Defendant"). The Court, having considered the Stipulation, determines that it should be granted. It is, therefore,

**ORDERED, ADJUDGED, and DECREED** that all of Plaintiff's claims she has asserted in this cause against Defendant are dismissed with prejudice. It is further,

**ORDERED, ADJUDGED, and DECREED** that all relief not granted herein is denied. This order constitutes a final judgment in that it finally disposes of all parties and all claims in this cause. Defendant may charge its costs and attorney's fees to the loan at issue in this cause.

**SIGNED** this 21st day of February, 2023 at Houston, Texas

_____
**UNITED STATES DISTRICT JUDGE**